IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
FILE NUMBER: 5:13-cv-00296-BO

| | |
|---|---|
| Michael Lawrence Downing )<br>)<br>Plaintiff, )<br>)<br>)<br>)<br>)<br>)<br>Carolyn W. Colvin )<br>Acting Commissioner of Social )<br>Security Administration, )<br>)<br>Defendant. ) | ORDER FOR PLAINTIFF'S MOTION FOR ATTORNEYS FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 0U.S.C. § 2412 |

For good cause having been shown upon the Attorney's Motion for Attorney Fees and Costs Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, it is hereby ORDERED that the Plaintiff's attorney be awarded an attorney fee of Three Thousand Ninety-three and 70/100 Dollars ($3,093.70) for his work on this claim.

This __4__ day of __Aug__, 2014.

BY: _____